UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESTATE OF JOSEPH H. DAHER, by and through its personal representative, Christine Daher,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>      Defendant - Appellant,<br><br>and<br><br>LSH CO,<br><br>      Defendant. | No. 24-5231<br><br>D.C. No. 2:21-cv-03239-TJH-SK<br>Central District of California, Los Angeles<br><br>ORDER |

The motion for a stay of appellate proceedings (Docket Entry No. 12) is denied.

The motion for an extension of time to file the opening brief (Docket Entry No. 20) is granted. The opening brief is due December 2, 2024. The answering brief is due January 2, 2025. The optional reply brief is due within 21 days after service of the answering brief.

                                      FOR THE COURT:

                                      MOLLY C. DWYER<br>                                      CLERK OF COURT