No. 24-5231

District Court No. 2:21-cv-03239-TJH-SK

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ESTATE OF JOSEPH H. DAHER,

*Plaintiff-Appellee,*

v.

WELLS FARGO BANK, N.A.,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Central District of California

**Appellee's Motion**
**To Reopen This Administratively Closed Case**

Appellee, Estate of Joseph H. Daher, respectfully requests that the Court re-open this appeal, which was administratively closed on October 15, 2025. In support of this motion, appellee states as follows:

1. This appeal was initiated on August 26, 2024. Dkt. No. 1.

2. Briefing was completed on April 21, 2025, Dkt. No. 46, and the case was argued and submitted on October 8, 2025, Dkt. No. 63.

3. On October 15, 2025, the Court issued an order withdrawing submission of this case and deferring it "pending the issuance of an opinion by the Delaware Supreme Court in *GWG DLP Master Trust v. Estate of Frank*, No. 110,2025." Dkt. No. 64. The order further stated: "The parties are ordered to notify this court within 14 days of any decision by the Delaware Supreme Court in *Estate of Frank*. The Clerk shall administratively close this docket pending further order." *Id*.

4. On February 11, 2026, the Delaware Supreme Court issued its opinion in *Estate of Frank*. Dkt. No. 67. On February 13, 2026, the parties filed a notice advising the Court of the issuance of that decision and attaching a copy of it. *Id*.

5. On July 10, 2026 and July 14, 2026, the parties filed correspondence pertaining to other supplemental authorities, Dkt. Nos. 69 and 70, but there has been no other activity in this case since February 13, 2026.

WHEREFORE, because the Delaware Supreme Court's decision in *Estate of Frank* has been issued, appellee respectfully requests that this case be re-opened, returned to active status, and resubmitted for decision.

Date: August 6, 2026

Respectfully submitted,

s/ Matthew Bleich____
Gregory J. Star
Matthew Bleich
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-6918
Facsimile: (215) 665-2013
gstar@cozen.com
mbleich@cozen.com

Frank Gooch III
COZEN O'CONNOR
401 Wilshire Blvd
Suite 850
Santa Monica, CA 90401
Telephone: (310) 460-4473
Facsimile: (310) 594-7317
fgooch@cozen.com

*Attorneys for Plaintiff-Appellee,*
*Estate of Joseph H. Daher*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 27(d)(2)(A), I hereby certify that the foregoing Motion of Appellee was prepared using Times New Roman 14-point font and contains 257 words.

s/ Matthew Bleich
Matthew Bleich

Dated: August 6, 2026